# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TYLER PALMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-21-0349-HE |
| | ) | |
| HEALTH CARE SERVICE CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant's fourth unopposed motion for extension of deadline [Doc. #24] is **GRANTED**. Defendant shall file its answer or other responsive pleading to plaintiff's complaint not later than **September 16, 2021**.

**IT IS SO ORDERED**.

Dated this 19th day of August, 2021.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE